UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ALFRED,

                Plaintiff,                Case No. 1:09cv335

v.                                        Hon. Robert J. Jonker

GRAPHIC PACKAGING INTERNATIONAL,
INC.,

                Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on April 14, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 15, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that defendant's motion for summary judgment (docket # 21) is **GRANTED** and that this case is **DISMISSED**.

                                                  /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE

Dated: May 11, 2010